# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan (Detroit)

In re  Andrew Krysztopaniec                              Case No. 13-59655
       Debtor                                             Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.    **Court claim no.** (if known): 3

**Last four digits** of any number you use to identify the debtor's account: 5986

**Date of payment change:** 08/01/2015
Must be at least 21 days after date of this notice

**Uniform Claim Identifier:** WFCMGF1359655MIE00005986

**New total payment:** $734.05
Principal, Interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**
☑ No
☐ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
        Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: _____    New escrow payment: _____

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
☑ No
☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.
        If a notice is not attached, explain why:

Current interest rate: _____    New interest rate: _____
Current principal and interest payment: _____    New principal and interest payment: _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**
☐ No
☑ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change:  Proposed modification agreement- trial payments

Current mortgage payment: $1,016.98    New mortgage payment: $734.05

The CM/ECF system imposes certain constraints, including limits on the number of characters that may be entered into certain fields, when filing a proof of claim. As a result of these constraints and limitations, the creditor name that appears on the bankruptcy court's claims register (and any supplemental proof of claim) may differ from the creditor name that appears on the actual proof of claim form.

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☑ I am the creditor.   ☐ I am the creditor's authorized agent.
(Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Darshana H. Shah                          Date  07/02/2015
VP Loan Documentation

Print: Darshana H. Shah                         Title  VP Loan Documentation

Company  Wells Fargo Home Mortgage              Specific Contact Information:
Address  MAC X7801-014                          P: 800-274-7025
         3476 Stateview Blvd.                   E: NoticeOfPaymentChangeInquiries@wellsfargo.com
         Fort Mill, SC 29715

755592-82975c44-89ce-4ce8-bc54-654eb2156edf

# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan (Detroit)

Chapter 13 No. 13-59655

In re:  
Judge: Mark A. Randon

Andrew Krysztopaniec

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on July 02, 2015, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage prepaid, or via filing with the US Bankruptcy Court's CM ECF system.

By U.S. Postal Service First Class Mail Postage Prepaid:

| | |
|---|---|
| Debtor: | Andrew Krysztopaniec<br>12173 Platt Rd.<br>Milan, MI 48160 |
| Debtor's Attorney: | Neal J. Brand<br>Bankruptcy Attorneys of Michigan, PLLC<br>21700 Northwestern Highway<br>Suite 670<br>Southfield, MI 48075 |
| Trustee: | Krispen S. Carroll<br>719 Griswold<br>1100 Dime Building<br>Detroit, MI 48226 |

/s/ Bill Taylor  
Authorized Agent



Date: **June 29, 2015**

**BANKRUPTCY ATTORNEYS OF
NEAL J. BRAND
MICHIGAN, PLLC
21700 NORTHWESTERN HIGHWAY SUITE 670
SOUTHFIELD, MI 48075**

Loan Number: ▇▇▇▇
Client: **STEPHANY KRYSZTOPANIEC**
Case Number: **1359655**

Property Address:
**12173 PLATT RD
MILAN, MI 48160**

Subject: Action required regarding your client's Home Preservation review.

Dear **NEAL J. BRAND**:

We have enclosed a copy of correspondence that must be passed along to your client which provides time-sensitive information about a Home Preservation review on their property.

**Next Steps Required**
Please review the attached documents with the next steps including any documentation needed to continue the review and ensure that you or your client responds within the given timeframes.

**We're here to help**
We are standing by to help your client with their needs. If you have any questions about the information in this letter, you can reach us at the phone number listed below.

Home Preservation Department
800-416-1472
Wells Fargo Home Mortgage

Enclosure(s)

Wells Fargo Home Mortgage is a division of Wells Fargo Bank N.A. ©2014 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801 2/14

**Attorney Cover Letter No Consent**    Page 1 of 1    61261MU 01/14



# Make 3 trial payments to modify your mortgage

STEPHANY KRYSZTOPANIEC
12173 PLATT RD
MILAN, MI 48160

**June 29, 2015**

Subject: Wells Fargo Home Mortgage loan number ending in 5986
Case Number: 1359655
Loan Number:

Dear STEPHANY KRYSZTOPANIEC:

As a Wells Fargo Home Mortgage customer you matter to us, and we want to help you. Your mortgage is seriously delinquent. Even if you have already received a pre-foreclosure letter, we are offering an easier option that may allow you to stay in your home.

**Streamlined Modification**
You can stay in your home and modify your mortgage by making *three trial payments* and then continuing to make those payments on time. (Assuming other eligibility requirements are met) Then we will send you your final modification documents to sign. There is no additional paperwork required to accept this Streamlined Modification.

Please note: As a result of your bankruptcy case, this letter is not an attempt to collect a debt from you or in any way violate any provision of the United States Bankruptcy Code. This letter has been sent to you for informational purposes only. This is not a bill or a request for payment, or a statement that you are personally obligated in any way to make a payment. Your decision to discuss workout options with Wells Fargo Home Mortgage is strictly voluntary. You are not obligated to pursue any workout options discussed with us. At your request, we will immediately terminate any such discussions should you no longer wish to pursue these options.

**This is an option to keep your home**
Based on your home's value, you're already approved for the attached 480 months Streamlined Modification. In order to take advantage of this option to stay in your home, you will be required to make monthly payments.

### Act now to avoid foreclosure

Make 3 trial payments at a lower principal and interest amount and modify your mortgage.

**Call
1-800-416-1472**
Central Time

Monday through Friday:
6:00 a.m. – 8:00 p.m.

Saturday:
8:00 a.m. – 6:00 p.m.

---

**Trial payment options**
Trial payment and term options are available for you to choose from.

Determine which option best fits your financial situation and contact us with your decision. Consider your term and payment option carefully. Once you have communicated your decision and you have

---

Streamlined Modification Trial Letter      Page 1 of 8      26947MU 12/13 Rev. 04/15

13-59655-mar    Doc 46    Filed 07/02/15    

completed the first Trial Period Plan payment which indicates your acceptance of the payment option, you will not be able to change your term again.

If you don't communicate a different term selection (by calling us or making a payment in the amount of the term option you have selected) we will move forward with the term option that is the closest match to the payment amount we receive from you.

| Term in months | Trial Period Plan Payment amount(s) |
|---|---|
| 480 | Principal and interest amount: **$366.68**<br>Escrow amount: **$344.41**<br>Escrow shortage amount: **$22.96**<br>**Total Trial Period Plan payment: $734.05** |
| 360 | Principal and interest amount: **$391.04**<br>Escrow amount: **$344.41**<br>Escrow shortage amount: **$22.96**<br>**Total Trial Period Plan payment: $758.41** |
| 240 | Principal and interest amount: **$453.07**<br>Escrow amount: **$344.41**<br>Escrow shortage amount: **$22.96**<br>**Total Trial Period Plan payment: $820.44** |

Property value used to make this decision: **$185,000.00**

The trial payment amounts above include principal, interest, and escrow amounts. As you know, when you make your mortgage payment, we deposit a portion of it into your escrow account to cover the costs of your real estate taxes and property insurance. Then, when your real estate taxes and property insurance premiums are due, we withdraw funds to pay those bills in full and on time for you. That way, you don't have to worry about budgeting or making those payments separately.

**Step 1: Accept this offer**

To accept this offer, please call us at the phone number listed on this letter and tell us which payment option you would like to accept. It is important that you call us with your decision before you send in your first Trial Period Plan payment.

If you are unable to call us, you may send in your first Trial Period Plan payment in the exact amount of the term option you are choosing rather than your normal mortgage payment, no later than 15 calendar days from the date listed at the top of this letter. Please note the 15 day acceptance period could be earlier than the due date noted below.

If you do not accept the offer per these terms, you will no longer be eligible for this offer.

**This offer can work alongside other modification options**
Even if you are already talking with us about other modification options, we still want you to take advantage of this Streamlined Modification.

After you start your trial period, we may be able to offer you a mortgage modification with a lower monthly principal and interest payment under a different program including the federal government's Home Affordable Modification Program (HAMP). To see if you qualify, you must submit a complete Borrower Response Package. If you have already submitted your Borrower Response Package, we'll

evaluate you for a foreclosure prevention option, including HAMP. In the meantime, you are encouraged to participate in this trial period for a mortgage modification.

## Step 2: Make trial period payments

After you have determined which option best fits your financial situation, accepted the offer as described in Step1, we encourage you to make the Trial Period Plan payments. Please make the payments by the amount and dates, as listed above, under the Trial Payment Option you selected.

Mail your payments to:
Wells Fargo Home Mortgage
Suite L-2-200
1200 West 7th Street
Los Angeles, CA 90017

OR

Talk to your home preservation specialist to set up automatic payments.

If you fail to make the first trial period payment by 8/1/2015 and we do not receive the payment by the last day of the month in which it is due, this offer will be revoked and foreclosure proceedings may continue and a foreclosure sale may occur.

Time Is Of The Essence

Please note that your trial period may extend beyond the dates provided. For that reason, continue making your trial period payments in the same amount by the same day of each month you currently make your trial period payments until your home preservation specialist advises that you may move forward with a final modification or that you are no longer eligible for a modification.

Some reasons for the extension could be tied to other liens you have on your property that may be required to be cleared prior to final approval of your modification. For example, we may need to receive a subordination agreement from the other lenders so that we can maintain our lien position; or if you have a judgment placed on your property you may be required to pay off the lien. If you fail to provide a subordination agreement from another lender or fail to pay off a judgment lien as required, your modification may be denied even if you pay the trial period payments. Also, failure to make all trial period payments as outlined above, including if your trial period payments were extended will result in your Trial Period Plan being denied.

## Step 3: After trial period payments are made

After the new trial period payments are made on a timely basis your mortgage may then be modified. (Your existing loan and loan requirements remain in effect and unchanged during the trial period.) If each payment is not received by the end of the month in which it is due, this offer will end and your loan will not be modified under the Streamlined Modification.

If you are unable or do not want to stay in your home, you have two options to avoid foreclosure; a short sale or a mortgage release (also known as a deed in lieu of foreclosure). You may be able to leave your home and still avoid foreclosure, but you must contact us right away.

As part of the review, Wells Fargo Home Mortgage used a process to determine which option best matched your circumstances. Once we reviewed and approved you for this program, we stopped reviewing you for other options that were considered less of a match to your circumstances.

## Talk to us about your other options
There may be other options available to help you avoid a foreclosure sale, provided you meet the requirements.

If the amount you owe on your mortgage is higher than what you think you can sell your house for, you may want to consider what is known as a "short sale." This option could allow you to list your home for sale, for an amount that is less than you owe.

During the short sale process, you'll need to submit documentation to us that we will evaluate. For example, a short sale requires a purchase contract. Once we receive a purchase contract Wells Fargo Home Mortgage will review the terms of the contract and obtain the appraised value of the property.

If you are interested in a short sale, contact us right away. We can help explain the short sale process, guidelines and your eligibility.

If you are unable to sell your home or find a short sale is not the right alternative to foreclosure for you, another option to consider might be a deed in lieu of foreclosure, sometimes referred to as a Mortgage Release. If you are interested in a deed in lieu of foreclosure, please contact us right away so we can determine your eligibility and coordinate an appraisal and inspection of your property.

Keep in mind, if you accept a deed in lieu of foreclosure, you must agree to vacate the property within an agreed upon time.

## Respond by July 13, 2015
It's important that you call us in the account information box at the top the letter. We're standing by, ready to help you in any way we can. Please understand if we do not hear from you by **July 13, 2015**, foreclosure activities will proceed.

Home Preservation Department
1-800-416-1472
Wells Fargo Home Mortgage

---

## Important Information

- It is important that you thoroughly review the *frequently asked questions* and additional *Trial Period Plan information and legal notices information* attached.
- After you have successfully made each of the payments above by their due dates, you have submitted the required signed copies of your modification agreement, and we have signed the modification agreement, your mortgage will be modified in accordance with the terms described in your final modification agreement.
- After your modification is complete, if your mortgage loan becomes delinquent, you may not be eligible for another mortgage loan modification.
- After your modification is complete, you have the ability to prepay your mortgage loan without any restrictions or penalties.

13-59655-mar    Doc 46    Filed 07/02/15

# Frequently asked questions

**Q. What else should I know about this offer?**
- You will not be charged any fees for the three-month Trial Period Plan or for the final Streamlined Modification.
- If your loan is modified, we will waive all unpaid late charges.
- When you become past due on your mortgage payments, it's important to understand that the actions you take to correct the situation can affect your credit score. If you choose a loan modification, your credit score could be negatively impacted during the Trial Period Plan, but it may not be as impacted as an ongoing series of late payments or foreclosure. During the loan modification process, we are required by law to continue to report the delinquency status of your loan to the credit reporting agencies as "paying under a partial or modified payment agreement". When you are approved for a final loan modification, the modification process is complete and is recorded on your credit report as "loan modified" as long as you make your modified payments on time. Keep in mind that the degree of impact to your credit score depends on your overall credit circumstances and is different for each individual. For more information about your credit score and how it might be affected, go to http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm
- If your monthly payment did not include escrows for taxes and insurance, you are now required to do so.

**Q. Why is there a trial period?**
The trial period offers you immediate mortgage payment relief (and could help prevent a foreclosure sale) and it gives you time to make sure you can manage the lower monthly payment. Note: the trial period is temporary, and your existing loan and loan requirements remain in effect and unchanged during the trial period. However, once the trial period payments are made you will receive a final modification to sign. (Other eligibility requirements may apply).*

**Q. When will I know if my loan can be modified, and how will the modified loan balance be determined?**
Once you make all of your Trial Period Plan payments on time, we will send you a Loan Modification Agreement that details the terms and conditions of the modified loan. Be sure that you read and understand the new terms and conditions.

**Q. Will my modified monthly payment ever change?**
The principal and interest portion of your fixed-rate monthly payment will not change. However, your monthly escrow amount will remain the same throughout the trial, then change at least annually, through the life of your loan. This is because your real estate taxes and property insurance premiums may increase or decrease, or you may decide to change your insurance coverage.

**Q. Why does my escrow account have an escrow shortage?**
Because of the timing of your tax and insurance bills, we may be required to pay one of these bills before you have accumulated sufficient funds in your escrow account to cover the full amount, This is known as an escrow shortage. Your loan has an escrow shortage of **$1,377.60**.

**Q. Are there incentives that I may qualify for if I am current with my new payments?**
Borrower incentive compensation is only available to borrowers who qualify for and accept a modification under HAMP. In order to be considered for a HAMP modification, you must return a complete Borrower Response Package no later than **9/1/2015**.

**Q. I already accepted a trial payment option but I returned a complete Borrower Response Package. How do you determine which modification option I receive?**
To determine the modification option you are offered, we review the principal and interest payments

associated with each eligible option, including HAMP. You receive any eligible option that has a principal and interest payment that is lower than the one you were approved for. Your trial payments remain the same, but the final modification payment will be updated to reflect the lower payment amount.

**Q. Will my interest rate and principal and interest payment be fixed after my loan is modified?**
If your loan is modified as described below under the Proposed Streamlined Modification Terms, your interest rate and monthly principal and interest payment will be fixed for the life of your mortgage. Please note; if we are able to offer you another modification program (based on proper return of a completed Borrower Response Package — see question above), then your interest rate may change based on the terms and conditions, as described in the modification agreement.

**Q. Will my modified monthly payment ever change?**
Because your new monthly payment includes an escrow amount for real estate taxes and property insurance, your monthly escrow account payment will stay the same throughout of the trial, then change at least annually, through the life of your loan.

- **Proposed modification terms**
  If you successfully complete the Trial Period Plan by making the required payments, you will receive a modification with a fixed-interest rate. The length of the term will depend on the option you choose, as previously described. (Please note that your trial payments may continue until your modification agreement has been approved.) If we determine that the unpaid balance of your mortgage is more than 115% of the value of your home, you will be eligible to have up to 30% of your principal balance deferred, and the deferred amount will not be subject to any interest rate charges. Moreover, the deferred principal amount will not be due and payable until the earlier of (i) the end of the 480 month term of the modified mortgage, (ii) the interest-bearing balance of your loan has been paid off, (iii) any sale or transfer of your interest in the property, or (iv) a refinance of your mortgage loan.

## Additional Trial Period Plan information and legal notices

**We will not proceed to foreclosure sale during the trial period, provided you are complying with the terms of the Trial Period Plan:**
- Any pending foreclosure action or proceeding that has been suspended may be resumed if you fail to comply with the terms of the plan or do not qualify for a final modification.
- You agree that we will hold the trial period payments in an account until sufficient funds are in the account to pay your oldest delinquent monthly payment. You also agree that we will not pay you interest on the amounts held in the account. If any money is left in this account at the end of the Trial Period Plan and you qualify for a loan modification, those funds will be deducted from amounts that would otherwise be added to your modified principal balance.
- Our acceptance and posting of your payment during the trial period will not be deemed a waiver of the acceleration of your loan (or foreclosure actions) and related activities, and shall not constitute a cure of your default under your loan unless such payments are sufficient to completely cure your entire default under your loan.

**Upon acceptance of the offer, you are required to continue to establish an escrow account for real estate taxes and property insurance premiums.**

**Your current loan documents remain in effect; however, you may make the trial period payment instead of the payment required under you loan documents:**
You agree that all terms and provisions of your current mortgage note and mortgage security instrument remain in full force and effect and you will comply with those terms; and that nothing in the Trial Period

Plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the loan documents.

**Active Servicemembers**
The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If either you have been called to active duty, or you are the spouse or financial dependent of a person who has been called to active duty, and you haven't yet made us aware of your status, please contact our Military Customer Service Center at **1-866-936-SCRA (1-866-936-7272)** or fax your Active Duty Orders to **1-877-658-4585**, attention Special Loans/SCRA.

**Get free counseling to help manage expenses and avoid foreclosure**
Reach out to a local HUD-approved, non-profit housing counseling agency if you're struggling to keep up with the monthly expenses, or want help to avoid foreclosure. At no cost, a counselor will work closely with you, providing the information and assistance you need. To find an agency near you go to **www.hud.gov/offices/hsg/sfh/hcc/fc**. Or call **1-800-569-4287**. You can also call the HOPE Hotline at **1-888-995-HOPE**.

Be sure you avoid anyone who asks for a fee for counseling or a loan modification, or asks you to sign over the deed to your home, or to make your mortgage payments to anyone other than Wells Fargo.

**Beware of foreclosure scams – tips and warning signs**
Scam artists are taking advantage of distressed homeowners by promising immediate relief from foreclosure or demanding cash for counseling services when HUD-approved counseling agencies provide the same services for free. If you receive an offer, information or advice that sounds too good to be true, it probably is. Don't let them take advantage of you, your situation, your home or your money. Remember, help is free.

**How to spot a scam – beware of a company or person who:**
- Asks for a fee in advance to work with your lender to modify, refinance or reinstate your mortgage.
- Guarantees they can stop a foreclosure or get your loan modified.
- Advises you to stop paying your mortgage company and pay them instead.
- Pressures you to sign over the deed to your home or sign any paperwork that you haven't had a chance to read, and you don't fully understand.
- Claims to offer "government approved" or "official government" loan modifications.
- Asks you to release personal financial information online or over the phone and you have not been working with this person and/or do not know him or her.

**How to report a scam – do one of the following:**
- Go to **www.preventloanscams.org** and fill out a Loan Modification Scam Prevention Network's (LMSPN) complaint form online and get more information on how to fight back. Note: You can also fill out this form and sent it to the fax number/email/address (your choice) on the back of the form.
- Call **1-888-995HOPE (7673)** and tell the counselor about your situation and that you believe you were scammed of know of a scam

**Disclosures, terms and conditions**
This information is accurate as of date of printing and is subject to change without notice. Esta información es precisa a la fecha de impresión y está sujeta a cambios sin previo aviso.

Por favor, tenga en cuenta que el resto de la correspondencia, documentos legales y notas aclaratorias le serán summistrados en inglés. Le recomendamos que obtenga los servicios de un intérprete independienta para que le ayude segúnd necesidades.

We are required by the Fair Credit Reporting Act (FCRA) to accurately report the status of your loan to the credit reporting agencies. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Wells Fargo Home Mortgage is a division of Wells Fargo Bank N.A. ©2014 Wells Fargo Bank N.A. All rights reserved. NMLSR ID 399801

13-59655-mar    Doc 46    Filed 07/02/15

**Payment Coupons**

---

STEPHANY KRYSZTOPANIEC  
12173 PLATT RD  
MILAN, MI 48160

Loan Number: ███████

Payment Amount Due: $734.05  
$758.41  
$820.44  
Payment Due Date: August 1, 2015

Wells Fargo Home Mortgage  
Suite L-2-200  
1200 West 7th Street  
Los Angeles, CA 90017

---

STEPHANY KRYSZTOPANIEC  
12173 PLATT RD  
MILAN, MI 48160

Loan Number: ███████

Payment Amount Due: $734.05  
$758.41  
$820.44  
Payment Due Date: September 1, 2015

Wells Fargo Home Mortgage  
Suite L-2-200  
1200 West 7th Street  
Los Angeles, CA 90017

---

STEPHANY KRYSZTOPANIEC  
12173 PLATT RD  
MILAN, MI 48160

Loan Number: ███████

Payment Amount Due: $734.05  
$758.41  
$820.44  
Payment Due Date: October 1, 2015

Wells Fargo Home Mortgage  
Suite L-2-200  
1200 West 7th Street  
Los Angeles, CA 90017

---